

United States District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, Ohio 44113

February 22, 2007

Richard W. Wieking, Clerk
400-S Ronald V. Dellums Federal Bldg.
1301 Clay Street
Oakland, CA 94612-3489

Re: **MDL . 1742 Ortho Evra Products Liability Litigation**

| Transfer of Civil Cases | CAN# |
|---|---|
| **Allman, et al. v Ortho-McNeil Pharmaceutical** | 3:06-7829 |
| **Browder, et al. v Johnson & Johnson** | 3:06-7954 |
| **McDonald, et al. v Ortho-McNeil Pharmaceutical** | 4:07-43 |
| **Aviles-Hanna v Ortho-McNeil Pharmaceutical** | 5:06-7701 |

Dear Sir/Madam:

Enclosed is a certified copy of Conditional Transfer Order (CTO-29) of the Judicial Panel on Multidistrict Litigation directing the transfer of the above referenced civil action to the Northern District of Ohio pursuant to 28 U.S.C. Section 1407. The Honorable David A. Katz is to preside over this litigation.

**Once case has been closed in your District please e-mail the Northern District of Ohio Clerk's Office at the e-mail addresses listed below. We will retrieve documents electronically.**

Northern District of Ohio case number will be assigned upon receipt of records.

Should you have any questions regarding this request, please call me at the number below.

Sincerely,

Geri M. Smith, Clerk


By _____
Renee Schumitsh
MDL Coordinator
(216) 357-7017

Renee_Schumitsh@ohnd.uscourts.gov and
Jenny_E_Smolinski@ohnd.uscourts.gov